of article 543, C. C. P.; Massie v. State, 30 Tex. App. 64, 16 S. W. 770; King v. State, 67 Tex. Cr. R. 63, 148 S. W. 325. No application for the witnesses or subpoenas are attached to the application.

In pronouncing sentence, the court failed to make application of the provisions of the Indeterminate Sentence Law (Code Cr. Proc. 1925, art. 775). The sentence is reformed in order that it may be shown that appellant is condemned to confinement in the penitentiary for not less than one year nor more than one and one-half years.

As reformed, the judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DORMAN v. STATE.
### No. 15288.

Court of Criminal Appeals of Texas.

April 27, 1932.

M. E. Gates, of Huntsville, and M. L. Bennett, of Normangee, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.